■ Ellis Roudette, Respondent, v Paula Roudette, Appellant.—

No direct appeal lies from an ex parte order. (Matter of McKee v Coughlin, 142 AD2d 798; Siegel, NY Prac § 524, at 719.) Were we to reach the merits, we would affirm the order directing defendant's eviction from the condominium unit as necessary to effectuate the previously ordered sale of the unit. Concur—Sullivan, J. P., Asch, Kassal, Smith and Rubin, JJ.